**Frederick Hamilton BANKS, Petitioner–Appellant,**

**v.**

**Patricia R. STANSBERRY, Respondent–Appellee.**

No. 06–7938.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 15, 2007.

Decided: Feb. 26, 2007.

Frederick Hamilton Banks, Appellant Pro Se.

Before NIEMEYER, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frederick Hamilton Banks, a federal prisoner, appeals the district court's order dismissing, without prejudice, his 28 U.S.C. § 2241 (2000) petition so that he may refile it as an action under *Bivens v. Six Unknown Named Agents*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971) and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Banks v. Stansberry*, No. 5:06–hc–02153–H (E.D.N.C. Nov. 13 & Dec. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*